[No. 11460-1-III.   Division Three.   November 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE WADE MAGNUSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-01112-8, Richard J. Schroeder, J., entered February 14, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11549-6-III.   Division Three.   November 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Garfield County, No. 4967, Donald W. Schacht, entered March 21, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 28090-2-I.   Division One.   November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03645-2, Carmen Otero, J., entered March 5, 1991. *Affirmed* by unpublished per curiam opinion.